UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC CARRIER and JULIE CARRIER,

    Plaintiffs,

v.                                                     Case No. 14-10167

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

    Defendants.
                                                         /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion to Dismiss with Prejudice" dated March 17, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.  Dated at Detroit, Michigan, this 17th day of March 2014.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                             s/Lisa Wagner
                                       By: Lisa Wagner, Case Manager
                                            to Judge Robert H. Cleland